## DEAN v. McTAGGART.

APPEAL. The amount in controversy must exceed one hundred dollars, or
   the certificate of the trial judge is necessary to confer jurisdiction upon
   the Supreme Court.

*Appeal from Floyd Circuit Court.*

TUESDAY, DECEMBER 22.

THE facts are stated in the opinion.

*Boulton & Duncan,* for appellant.

*S. P. Leland,* for appellee.

DAY, J.—This action was commenced on the 20th day of December, 1873,
before a justice of the peace, for the recovery of $50.00. Judgment was ren-
dered for plaintiff for the amount claimed. The defendant appealed to the
Circuit Court, where plaintiff again recovered judgment for $50.00 and costs.
The record does not show that a certificate of the trial judge was procured,
as required by Section 3173, Code of 1873.

We have frequently held that such certificate is necessary to confer upon
this court jurisdiction. *Kierulff v. Adams,* p. 31, *ante; Nicely v. Rogers &
Swinney,* 39 Iowa, 441. The appeal must be

DISMISSED.